IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MAURICE MAXWELL                                                          PLAINTIFF

v.                                                         No. 4:04CV168-P-A

CHRISTOPHER EPPS, ET AL.                                       DEFENDANTS

**ORDER**

This matter comes before the court after the plaintiff has twice been ordered to file his witness and exhibit lists so that his case may proceed to trial. The plaintiff has not complied with either order. The plaintiff was twice warned that failure to submit a witness and exhibit list would lead to the dismissal of this case. He ignored the warnings. For these reasons, the instant case is hereby **DISMISSED** with prejudice under FED. R. CIV. P. 41(b) for failure to prosecute and failure to comply with an order of the court.

**SO ORDERED,** this the 14th day of March, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE