IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MAURICE MAXWELL**                                                   **PLAINTIFF**

**v.**                                                     **No. 4:04CV168-P-A**

**CHRISTOPHER EPPS, ET AL.**                                   **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the motion by the defendants for summary judgment is hereby **GRANTED**, and the instant case is hereby **DISMISSED** with prejudice.

**SO ORDERED,** this the 28th day of September, 2007.

                                                 /s/ W. Allen Pepper, Jr.
                                                 W. ALLEN PEPPER, JR.
                                                 UNITED STATES DISTRICT JUDGE